IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARIA ZUGRAV,<br><br>        Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:11CR879DAK<br><br>Judge Dale A. Kimball |

      This matter is before the court on Defendant Maria Zugrav's motion for early termination of probation. On January 10, 2014, this court sentenced Maria Zugrav to twenty four months probation. Therefore, she has served more than half of her term of probation.

      This motion is governed by 18 U.S.C. § 3564(c),  Pursuant to 18 U.S.C. § 3564(c), after considering the factors set forth in Section 3553(a), the court may terminate a term of probation "at any time after the expiration of one year of probation . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

      Defendant seeks early termination of her probation so she can travel to Romania to care for her 97-year old mother. In June 2014, the court allowed Defendant to travel to Romania for several weeks to care for her mother. Defendant, however, states that her sister in Romania has provided full-time care for their ailing mother and she wishes to be of more service to her family.

The government opposes early termination of probation in this case. The government argues that Defendant received a lenient sentence given the scope of the bribery and fraud scheme and she should serve the full term of probation because it is her only sentence. The government also asks that any time Defendant spends abroad should not be counted in her term of probation.

However, Defendant has complied with all the terms of her probation and the court has no concerns as to recidivism. Defendant's request does not diminish anyone's respect for the law or lessen the deterrence factor. Defendant has been on pretrial release and probation since 2011. Defendant seeks early termination to provide service to her ailing mother and other family members who have had full responsibility for such care. The court understands that there is cultural significance with respect to elder care in Romania and Defendant feels a responsibility to participate. The government counters that the Zugrav's are financially able to provide care. However, Defendant's personal service to her family is a valuable service to society, which should not be minimized. Such service is undoubtedly more valuable than merely caring for her own needs in Florida. Based on Defendant's conduct and the reason for her request, the court finds that an early termination of probation is warranted.

Accordingly, the court grants Defendant's motion for early termination of probation.

DATED this 10th day of March, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge